IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANE DAWSON LESTER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.3-06-CV-1357-O |
| | ) | |
| ALVIN LESTER, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. # 40), I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment is hereby DENIED.

SO ORDERED this 4th day of December, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**